UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-For-Profit Corporation, and JOE HOUSTON, Individually, | : <br> : Case No.: 6:11-CV-98 <br> : <br> : |
| Plaintiffs, | : |
| v. | : <br> : |
| McDONALD'S CORPORATION, and GILCHRIST ENTERPRISES, INC., | : <br> : <br> : |
| Defendant. <br> _____ | : <br> : |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
AS TO McDONALD'S CORPORATION**

Plaintiffs Access 4 All, Inc., and Joe Houston, by and through undersigned counsel hereby take a voluntary dismissal of this case as to McDonald's Corporation, only.

I hereby certify that a true and correct copy of the foregoing was served via the court's electronic filing system upon all parties of record this 27th day of June, 2011.

Respectfully Submitted,

Philip Michael Cullen, III, Esq.
Thomas B. Bacon, P.A.
621 South Federal Highway, Suite Four
Fort Lauderdale,  FL 33301
ph. (954) 462-0600
fx. (954) 462-1717
cullen@thomasbaconlaw.com
Florida Bar. Id. No. 167853

By:*/s/ Philip Michael Cullen, III*