UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ACCESS 4 ALL, INC.,
and JOE HOUSTON,

    Plaintiffs,

v.                                                                     Case No. 6:11-cv-98-Orl-35GJK

MCDONALD'S CORPORATION and
GILCHRIST ENTERPRISES, INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiffs' Notice of Voluntary Dismissal as to McDonald's Corporation (Dkt. 20). Upon consideration, it is hereby **ORDERED** that Defendant McDonald's Corporation is **DISMISSED** from this action. In light of this dismissal, it is further **ORDERED** that Defendant McDonald's Corporation's Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 17) is **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida, this 29th day of June 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties