UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and JOE HOUSTON, individually,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>McDONALD'S CORPORATION, and GILCHRIST ENTERPRISES, INC.,<br><br>　　　　Defendants. | CASE NO.: 6:11-cv-98-35KRS |

## JOINT STIPULATION FOR DISMISSAL

Plaintiffs, ACCESS 4 ALL, INC. and JOE HOUSTON, and Defendant, GILCHRIST ENTERPRISES, INC., by and through their attorneys in this regard, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter be dismissed in its entirety as to all claims against all defendants with prejudice, with each party to bear its own cost and attorneys' fees.

Date:  October 25, 2011　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　/s/ Craig R. Annunziata /s/
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　GILCHRIST ENTERPRISES, INC.

Craig R. Annunziata, Bar No. 992453
Fisher & Phillips LLP
140 South Dearborn Street
Suite 1000
Chicago, IL 60603
Telephone: (312) 346-8061
Facsimile:  (312) 346-3179

1

Chicago 123920.1

                                                   By:    <u>/s/ Phillip Michael Cullen, III /s/</u>
                                                                 One of the Attorneys for Plaintiffs ACCESS 4 ALL, INC. and JOE HOUSTON

Phillip Michael Cullen, III
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City, Florida 33328

Chicago 123920.1

## CERTIFICATE OF SERVICE

I certify that on this 25th day of October, 2011, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Phillip Michael Cullen, III
Thomas B. Bacon
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City, Florida 33328


/s/ Craig R. Annunziata