UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ACCESS 4 ALL, INC., and JOE
HOUSTON,
      Plaintiff,

-v-                          CASE NO.  6:11-CV-98-ORL-35KRS

MC DONALD'S CORPORATION, and
GILCHRIST ENTERPRISES, INC.,

      Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation for Dismissal (Dkt. 32) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**.  The parties have resolved all claims, including claims for attorneys' fees and court costs.  The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Orlando, Florida this 8th day of November 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party